| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zachary Levine (SBN 265901)<br>Wolk & Levine, LLP<br>535 N. Brand Blvd., Ste. 300<br>Glendale, CA 91203<br>Email: zjl@wolklevine.com<br>Telephone: 818-241-7499<br>Fax: 323-892-2324<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Alec Farwell | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br>Herzstock, Edward J.<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-12504-BB<br><br>ADVERSARY NO.: 2:19-ap-01170-BB<br><br>CHAPTER: 7 |
|---|---|
| ALEC FARWELL, an individual<br><br><br><br>Plaintiff(s).<br>vs.<br>EDWARD J. HERZSTOCK, an individual<br><br><br><br>Defendant(s). | **UNILATERAL STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 08/24/2019<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: U.S. Bankruptcy Court Central District<br>244 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):
Plaintiff's counsel attempted to reach Defendant by phone to meet and confer in compliance with LBR 7026-1, but could not reach Defendant and did not receive a return call. On August 13, 2019, the deadline to file a Joint Report, Plaintiff's counsel emailed Defendant a partially completed report and asked Defendant to fill in the remaining sections, provide the missing information via email, or contact Plaintiff's counsel to discuss the same. Defendant responded that he was available to speak on either the 15th or the 16th and Plaintiff's counsel agreed to call Defendant at 8:30am PST on the 15th. On that call, Defendant said that he had not reviewed the report and was not prepared to meet and confer. Defendant promised to send a substantive response the following day by email but did not.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   Plaintiff                                                       Defendant
   October 28, 2019

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   Plaintiff                                                       Defendant
   Plaintiff's counsel will be engaged in trials in other
   mattters in September and early October.

3. When do you expect to complete your discovery efforts?
   Plaintiff                                                       Defendant
   Mid September 2019

4. What additional discovery do you require to prepare for trial?
   Plaintiff                                                       Defendant
   Interrogatories, Requests for Admissions, Requests
   for Production, 1 party deposition, 3rd party
   subpoenas

C. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
   Plaintiff                                                       Defendant
   2-3 days

2. How many witnesses do you intend to call at trial (including opposing parties)?
   Plaintiff                                                       Defendant
   6-7

3. How many exhibits do you anticipate using at trial?

    <u>Plaintiff</u>               <u>Defendant</u>

  30-60

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                   <u>Defendant</u>

Pretrial conference  ☒ is  ☐ is not requested    Pretrial conference  ☐ is  ☐ is not requested
Reasons:                     Reasons:

<u>Plaintiff</u>                   <u>Defendant</u>

Pretrial conference should be set <u>after</u>:      Pretrial conference should be set <u>after</u>:

(date) 10/21/2019              (date) _____

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

 Settlement in the underlying matter was unproductive and no settlement has been discussed in the adversary proceeding.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
If so, when?

3. Do you want this matter sent to mediation at this time?

    <u>Plaintiff</u>                 <u>Defendant</u>

    ☐ Yes  ☒ No              ☐ Yes  ☐ No

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff believes that this case is sufficiently related to 2:19-ap-01170-BB such that the two can be tried together or back-to-back.

Respectfully submitted,

Date: 08/20/2019

Wolk & Levine, LLP
Printed name of law firm

Signature

Zachary Levine, Esq.
Printed name

Attorney for: Plaintiff Alec Farwell

Date: _____

_____
Printed name of law firm

Signature

_____
Printed name

Attorney for: _____

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: ~~JOINT~~ Unilateral STATUS REPORT [LBR 7016-1(a)(2)] and support declaration will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 8/20/19. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

John J. Menchaca (TR), jmenchaca@menchacacpa.com; ca87@ecfcbis.com; ignete@menchacacpa.com
United States Trustee (LA); ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 8/20/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1534
Los Angeles, CA 90012

Edward J. Hertzbeck
23541 Lloyd Houghton Place
Newhall, CA 91321

J.D. Cuzzolina
57536 E. Santa Ana Canyon Rd
#297
Anaheim, CA 92807-3229

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 8/20/19, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

James D. Cuzzolina
jd@cuzzlaw.com
jp@cuzzlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/19 | Zachary Levine | |
|---|---|---|
| Date | Printed Name | Signature |

SARAH R. WOLK, ESQ. (SBN 251461)
srw@wolklevine.com
ZACHARY LEVINE, ESQ. (SBN 265901)
zjl@wolklevine.com
WOLK & LEVINE, LLP
535 N. Brand Blvd., Ste. 300
Glendale, CA 91203
Telephone: (818) 241-7499
Facsimile: (323) 892-2324

Attorneys for Plaintiff ALEC FARWELL

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HERZSTOCK, EDWARD J.<br>_____<br><br>ALEC FARWELL, an individual<br><br>           Plaintiff,<br>vs.<br><br>EDWARD J. HERZSTOCK, an individual<br><br>           Defendant. | Case No. 2:19-bk-12504-BB<br><br>Chapter 7<br><br>Adversary No. 2:19-ap-01170-BB<br><br>**DECLARATION OF ZACHARY LEVINE IN SUPPORT OF FILING A UNILATERAL STATUS REPORT**<br><br>[LBR 7016-1(a)(3)] |

1

DECLARATION OF ZACHARY LEVINE ISO UNILATERAL STATUS REPORT

## **DECLARATION OF ZACHARY LEVINE**

I, Zachary Levine, Esq., hereby state and declare as follows:

1.    I am an attorney at law duly licensed to practice before all courts of the State of California. I am a member in good standing of the State Bar of California and a partner with Wolk & Levine, LLP, counsel of record for Plaintiff, Alec Farwell, in this matter. The following facts are within my personal knowledge and, if called upon to testify, I would, and could competently testify as follows:

2.    I attempted to reach Defendant in this matter by phone to meet and confer in compliance with LBR 7026-1, but could not reach him on the number provided on his Answer or a number provided to me by my client. I did not receive a return call from Defendant in response to my calls. On August 13, 2019, I emailed Defendant a partially completed joint status report, informed him of the deadline to file, and asked that he fill in the remaining sections or provide me with the missing information to fill in for him and file the report. Defendant responded asking to setup a call on either the 15th or the 16th of August, and I agreed to call him at 8:30 a.m. on August 15th.

3.    During our call on August 15th, Defendant informed me that he had not reviewed the status report I provided and that he was not prepared to meet and confer. Instead, Defendant promised to send a substantive response regarding the status report by email the following day. To date, Defendant has not provided a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August, 2019 in Glendale, California.

_____
Zachary Levine, Esq.

2
DECLARATION OF ZACHARY LEVINE ISO UNILATERAL STATUS REPORT