| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zachary Levine (SBN 265901)<br>Wolk & Levine, LLP<br>535 N. Brand Blvd., Suite 300<br>Glendale, CA 91203<br>Phone: (818) 241-7499<br>Fax: (323) 892-2324<br>zjl@wolklevine.com | |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Alec Farwell | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br>Herzstock, Edward J.<br><br>Debtor(s). | CASE NO.: 2:19-bk-12504-BB<br>ADVERSARY NO.: 2:19-ap-01170-BB<br>CHAPTER: 7 |
|---|---|
| ALEC FARWELL, as an individual<br><br>Plaintiff(s).<br>vs.<br>EDWARD J. HERZSTOCK, an individual<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 12/3/19<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: U.S. Bankruptcy Court Central District<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1.  When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | March 2020 | May 2020 |

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | Defendant's failure to participate in scheduling. | Retain attorney for trial, prepare discovery, complete depostions |

3.  When do you expect to complete <u>your</u> discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | January 2020 | March 2020 |

4.  What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | Interrogatories, Requests for Admissions, Requests for Production, 1 party deposition, 3rd party subpoenas | Interrogatories, Requests for Admissions, Requests for Production, 2 party deposition, 3rd party subpoenas |

C. **TRIAL TIME:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | Plaintiff | Defendant |
    |---|---|
    | 2-3 days | 2-3 |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    | Plaintiff | Defendant |
    |---|---|
    | 6-7 | 5-6 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 30-80 | 40-90 |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

**Plaintiff**
Pretrial conference ☐ is ☒ is not requested
Reasons:

**Defendant**
Pretrial conference ☐ is ☐ is not requested
Reasons:

**Plaintiff**
Pretrial conference should be set after:
(date) _____

**Defendant**
Pretrial conference should be set after:
(date) _____

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   Settlement in the underlying matter was unproductive and no settlement has been discussed in the adversary proceeding.

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   **Plaintiff**   ☐ Yes  ☒ No

   **Defendant**   ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 3                    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff believes that this case is sufficiently related to 2:19-ap-01171-BB such that the two can be tried together or back-to-back.

Respectfully submitted,

Date: 11/27/19

Wolk & Levine, LLP
Printed name of law firm

*/s/ signature*
Signature

Sarah R. Wolk
Printed name

Attorney for: Plaintiff Alec Farwell

Date: 11/25/2019

Printed name of law firm

*/s/ Edward James Herzstock*
Signature

Edward J. Herzstock
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 4                F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Wolk & Levine, LLP
535 N. Brand Blvd., Ste. 300
Glendale, CA 91203

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 11/27/19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

jmenchaca@menchacacpa.com
ca87@ecfcbis.com
igaeta@menchacacpa.com
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) 11/27/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Edward Herzsteck
23541 Lloyd Houghton Pl.
Newhall, CA 91321

Hon. Sheri Bluebond
U.S. Bankruptcy Court
Federal Building
255 E. Temple St., Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/27/19 | Sarah R. Wolk | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.