

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HERZSTOCK, EDWARD J.<br><br>ALEC FARWELL, as an individual<br><br>　　　　Plaintiff,<br>vs.<br><br>EDWARD J. HERZSTOCK, an individual<br><br>　　　　Defendant. | Case No. 2:19-bk-12504-BB<br><br>Chapter 7<br><br>Adversary No. 2:19-ap-01170-BB<br><br>**JUDGMENT FOR NONDISCHARGEABILITY OF DEBT OWED TO ALEC FARWELL** |

Judgment is hereby entered in favor of the Plaintiff Alec Farwell and against the Debtor/Defendant Edward J. Herzstock. The Court finds that Plaintiff owns 1,250 shares of the

1,500 authorized shares of Revleap Corp. and that Defendant owes a debt to Revleap Corp. in the amount of $185,976.01, which is nondischargeable pursuant to 11 U.S.C. §523(a)(6).

DATED: 7/19/2022

_____
Hon. Sheri Bluebond